FILED 29 JUN '12 15:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:12-mj-00098 |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| vs. | |
| CYRUS ANDREW SULLIVAN, | |
| Defendant. | |

IT IS ORDERED that the Federal Public Defender is appointed as counsel for Cyrus Andrew Sullivan pursuant to the provisions of 18 U.S.C. § 3006A.

DATED this 27th day of June, 2012.

_____
The Honorable Janice M. Stewart
United States Magistrate Judge

PRESENTED BY:

_____
Steven T. Wax/Thomas E. Price
Federal Public Defender

Page 1