S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**SEAN B. HOAR, OSB #87254**
Assistant United States Attorney
Sean.Hoar@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:12-MJ-00098 |
| v. | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| **CYRUS ANDREW SULLIVAN,** | |
| **Defendant.** | |

The United States of America, by and through its undersigned attorney, pursuant to Chapter 153, Title 28, United States Code, moves this court for an order for a writ of habeas corpus ad prosequendum directing the Sheriff of the facility, to deliver to the United States Marshal for the District of Oregon, or his duly authorized Deputy, the body of defendant named above, in order that the said defendant may be brought before this court on Thursday, January 17, 2013, at 9:00 a.m., for the purpose of a settlement conference.

Dated this 9th day of January 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*s/ Sean B. Hoar*
SEAN B. HOAR, OSB #87254
Assistant United States Attorney
(503) 727-1000