# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:12-MJ-00098 |
| v. | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| CYRUS ANDREW SULLIVAN, | |
| Defendant. | |

To:      Sheriff, Multnomah County
1120 SW Third Avenue, Portland, OR 97204

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of the above named defendant, CYRUS ANDREW SULLIVAN, Oregon SWIS No. 677564, a prisoner in your custody currently being housed at Multnomah County Detention Center, 1120 SW Third Avenue, Portland, Oregon 97204, to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before United States Magistrate Judge Thomas M. Coffin in Courtroom 10B of the United States Courthouse at 1000 SW Third Avenue, Portland, Oregon on Thursday, January 17, 2013, at 9:00 a.m., for the purpose of a settlement conference. It is further ordered that the U.S. Marshal, or his duly authorized Deputy, shall re-deliver said prisoner to your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated this 9th day of January 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
SEAN B. HOAR, OSB #87254
Assistant United States Attorney